# E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  **Grant        Jesse**
    (Last)        (First)        (Initial)

Prisoner Number  **CFU 617**

Institutional Address  **701 South Abel Street Milpitas, CA 95035**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Jesse Grant III**
(Enter the full name of plaintiff in this action.)

vs.

Case No. **CV 07 6191 JF (PR)**
(To be provided by the clerk of court)

**Sgt. Maharaj and the Milpitas Police Dept. and the Hayward police Dept. and the Alameda County Sheriff Dept.**
(Enter the full name of the defendant(s) in this action))

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement  **Elmwood Jail in Milpitas**

B.    Is there a grievance procedure in this institution?

       YES (X)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

       YES ( )    NO (X)

D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT        - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  — NA —

2. First formal level  — NA —

3. Second formal level  — NA —

4. Third formal level  — NA —

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. This is not a jail house issue so there's no appeal process.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Jesse Grant III  701, South Abel St. Milpitas CA, 95035

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                — 2 —

1       place of employment.

2 Sgt. MAHARAJ works for Milpitas police
3 Department. THE Hayward police Department
4 and THE ALAMEDA County Sheriff Department

6                                                       III.

7 Statement of Claim

8      State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 On the date of February 21, 2007 a designated investigated officer by the name of Sgt.
13 MAHARAJ from the Milpitas Police Department came to Hayward, California without a search
14 warrant. With him he has our officers from the Alameda County Sherrif Department, as well as
15 Hayward Police Department. They came to my house. My wife answered the door and stated
16 to them that I was not home. The Sheriff's Department stated that I was not in trouble
17 and that they were only there for Sgt. Maharaj's protection. My wife was relaxed and
18 stated "My husband is riding a red motorcycle." At that point he dispatched that on his
19 radio. My wife said when I got close to home I was hit from behind on my motorcycle by
20 the police. After reading the police report they stated that they never put a siren on
21 me or spoke to me with any loud speaker on the car. They just hit me from behind. Which
22 left me in the hospital for five days with injuries to both of my knees, head, and back
23 I also had a big hole in my right foot near the heel which left me with a bill of $85,000.

25 IV.    Relief

26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

COMPLAINT           - 3 -

1  I would like the sum of Three Million
2  dollars for my pain, and suffering.
3
4
5
6
7  I declare under penalty of perjury that the foregoing is true and correct.
8
9  Signed this 29 day of Nov, 20 07
10
11
12                                    _____Jesse [signature] III_____
        (Plaintiff's signature)
13
14
...
28

COMPLAINT                              - 4 -

Jesse Caron+h III (Cru biM)
Prison Mail Direct
MiDiEA, CA. 95035

COUNTY JAIL
GENERAL MAIL

COUNTY JAIL
GENERATED MAIL
USA 41

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102