FILED

07 DEC 28 PM 3:22

RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DISTRICT CALIFORNIA

E-filing

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8
9
10

CV 07      6191

11    JESSE GRANT III Plaintiff,      CASE NO. _____

12       vs. SGT. MAHARAJ and The      **PRISONER'S**
Milpitas Police Dept. and The      **APPLICATION TO PROCEED** **IF** **(PR)**
13    Hayward Police Dept. and The      **IN FORMA PAUPERIS**
Alameda County Sheriff Dept.
14                Defendant.

15

16       I, Jesse Grant III , declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22       In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ___ No ✓

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ Ø _____ Net: ___ Ø _____

27    Employer: _____ — NA — _____

28    _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _THE LAST place I worked whs_

5  _starving students moving company in_

6  _san Francisco.  2001-2002_

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9     a.    Business, Profession or                    Yes ____ No ✓

10           self employment

11    b.    Income from stocks, bonds,                 Yes ____ No ✓

12          or royalties?

13    c.    Rent payments?                             Yes ____ No ✓

14    d.    Pensions, annuities, or                    Yes ____ No ✓

15          life insurance payments?

16    e.    Federal or State welfare payments,         Yes ____ No ✓

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ — NA — _____

22  _____

23  3.    Are you married?                             Yes ✓ No ____

24  Spouse's Full Name: _Nannette marie Grant_

25  Spouse's Place of Employment: _MERVYN's Store in HAYward_

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ _1200.00_          Net $ _1100.00_

28  4.    a.    List amount you contribute to your spouse's support:$ _400.00_

1      b.    List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support.  (NOTE:

3             For minor children, list only their initials and ages.  DO NOT INCLUDE

4             THEIR NAMES.).

5      J.L.G "14"      JGG "8"

6

7      5.    Do you own or are you buying a home?      Yes ___  No ✓

8      Estimated Market Value: $____⌀____ Amount of Mortgage: $____⌀____

9      6.    Do you own an automobile?      Yes ___  No ✓

10    Make ____⌀____ Year ____⌀____ Model ____⌀____

11    Is it financed? Yes ⌀ No ✓ If so, Total due: $ ____⌀____

12    Monthly Payment: $ ____⌀____

13    7.    Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)

14    Name(s) and address(es) of bank: ____ -NA- ____

15

16    Present balance(s):  $ ____ -NA- ____

17    Do you own any cash?  Yes ___  No ✓ Amount: $ ____⌀____

18    Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19    market value.)  Yes ✓ No ___

20    ____ A Motorcycle GREEN worth 800-00

21    8.    What are your monthly expenses?

22    Rent: $ ____⌀____ Utilities: ____⌀____

23    Food: $ ____⌀____ Clothing: ____⌀____

24    Charge Accounts:

25    Name of Account      Monthly Payment      Total Owed on This Acct.

26    ____⌀____    $ ____⌀____    $ ____⌀____

27    ____⌀____    $ ____⌀____    $ ____⌀____

28    ____⌀____    $ ____⌀____    $ ____⌀____

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____ 85,000    to Eden Hospital _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ____ No __✓__

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ - NA - _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  12-20-07                    Jesse Ifranto III

17      DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

(JF)(PR)
CV 07 6191

Case Number: _____

1
2
3
4
5
6
7
8

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _JESSE GRANT III_ for the last six months at

[prisoner name]

_SCC DEPT OF CORRECTION_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _43.33_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _3.00_ .

Dated: _1/19/07_

[Authorized officer of the institution]

- 5 -

Jesse Grant III (CFW 617)
701 So. Abel Street
Milpitas CA. 95035

SAN JOSE CA 951
26 DEC 2007 PM 1 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

COUNTY JAIL GENERATED MAIL