07-6191 FIRST AMENDED COMPLAINT

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

RECEIVED MAY 27 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Name  GRANT, JESSE  III
        (Last)    (First)    (Initial)

Prisoner Number  CFU617

Institutional Address  701 S. ABEL STREET
                       MILPITAS, CA. 95035

FILED MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT III )
(Enter the full name of plaintiff in this action.) )
                                                    )
                        vs.                         )  Case No. 07-6191 JF (PR)
                                                    )  (To be provided by the clerk of court)
SGT. MAHARAJ OF MILPITAS POLICE DEPT. )
                                                    )  COMPLAINT UNDER THE
OFFICER W. CHEA #1695 ALAMEDA COUNTY )  CIVIL RIGHTS ACT,
                                                    )  42 U.S.C §§ 1983
SHERIFF'S DEPT. OFFICER VARELA #308 )
                                                    )
OF HAYWARD POLICE DEPARTMENT )  FIRST AMENDED COMPLAINT
(Enter the full name of the defendant(s) in this action)) )
                                                    )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  ELMWOOD JAIL IN MILPITAS

B.   Is there a grievance procedure in this institution?
         YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
         YES ( )    NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___ -NA- ___

_____ 2. First formal level ___ -NA- ___

3. Second formal level ___ -NA- ___

_____ 4 Third formal level ___ -NA- ___

E. Is the last level to which you appealed the highest level of appeal available to you?

  YES ( )   NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. THE Jail grievance program Can't help me with this issue with the Courts

II. Parties

  A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Jesse Grant III   701 South ABEL Street Milpitas, CA 95035

  B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT            -2-

1       place of employment.
2   SRGT. MAHARAJ OF MILPITAS POLICE DEPARTMENT
3   OFFICER W. CHEA #1675 ALAMEDA COUNTY SHERIFF'S DEPARTMENT
4   OFFICER VARELA #308 HAYWARD POLICE DEPARTMENT
5
6       III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 ON FEB. 21, 2007 INVESTIGATING OFFICER SGT MAHARAJ CAME TO HAYWARD, CA. W/OUT A
13 SEARCH WARRANT, TO SEARCH MY HOME. HE WAS ACCOMPANIED BY AN OFFICER FROM BOTH
14 THE HAYWARD P.D. + THE ALAMEDA COUNTY SHERIFFS DEPT. THEY CAME TO MY HOUSE
15 WHEN I WAS NOT HOME. MY WIFE ANSWERED THE DOOR + STATED THAT I WAS NOT
16 HOME, THAT I WAS OUT RIDING ON MY RED MOTORCYCLE. OFFICER MAHARAJ SAID
17 I WAS NOT IN TROUBLE, + THE OTHER TWO OFFICERS WERE THERE FOR HIS OWN
18 PROTECTION. THE OFFICER DESPATCHED ON HIS RADIO THAT I WAS OUT ON A RED MOTORCYCLE
19 MY HOUSE IS THE SECOND FROM THE CORNER ON BAYVIEW VIEW + KELLY HILL
20 (SEE MAP). I GOT CLOSE TO HOME + WAS DRIVING UP THE HILL OF KELLY HILL TO
21 A FRIENDS HOUSE TO PICK UP SOME PARTS FOR MY MOTORCYCLE. AS I PASSED BY
22 MY HOUSE THE OFFICERS FROM HAYWARD P.D. + ALAMEDA COUNTY SHERIFFS DEPT.
23 JUMPED IN THEIR VEHICLES AFTER ME. AS I REACHED D. STREET I WAS HIT
24 FROM BEHIND. I TURNED TO LOOK + SAW A BLACK/BLUE POLICE CAR.
25 IV.    Relief                                   CONT. ON NEXT PAGE →
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                     - 3 -

I YELLED TOWARDS THEM, "HAY, STOP!" I WAS THEN HIT AGAIN FROM BEHIND. THAT LAST POINT WAS MY LAST POINT OF MEMORY. AFTER READING THE POLICE REPORT, THEY STATED NO USE OF A SIREN, OR ANY LOUD SPEAKERS TELLING ME TO PULL OVER. THE TWO OFFICERS INVOLVED IN THE RAMMING OF MY MOTORCYCLE WERE OFFICER VARELA AND OFFICER CHEA. ONE WORKS FOR THE HAYWARD POLICE DEPT., THE OTHER WITH THE ALAMEDA COUNTY SHERIFF'S DEPT. DUE TO BEING STRUCK FROM BEHIND, I WAS IN THE HOSPITAL FOR FIVE DAYS. I RECIEVED INJURIES TO BOTH KNEE'S, MY HEAD, MY BACK, AND A BIG HOLE IN MY RIGHT FOOT NEAR THE HEEL. MY HOSPITAL BILL TOTALED $85,000.00



1 for my injuries from the crash of my
2 motorcycle, I would like the sum of
3 four Million Dollars for Monetary relief
4
5
6
7 I declare under penalty of perjury that the foregoing is true and correct.
8
9 Signed this __21__ day of __MAY__, 20__08__
10
11 ___Jesse Grant III___
12 (Plaintiff's signature)

COMPLAINT — 4 —

Case 5:07-cv-06191-JF   Document 6   Filed 05/27/2008   Page 5 of 6

COUNTY JAIL
COUNTY JAIL

Jesse Grant III
C70617
2701 South Abel St
Milpitas, Ca 95035

Office of The Clerk, U.S. District
Northern District of California
280 South First Street, Rm.
San Jose, Ca. 95113-3095

MAY 23 2008