FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



07-6191 JF (PR)

First AMENDED Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT III   Plaintiff,

vs.

SGT. MAHARAJ MILPITAS POLICE DEPT.
OFFICER W. CHEA #1675 ALAMEDA COUNTY
SHERIFF'S DEPT. OFFICER VARELA #308
HAYWARD POLICE DEPARTMENT   Defendant.

CASE NO. 07-6191 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

First AMENDED Complaint

I, Jesse Grant III, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: 0

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_Staff on the move    4-21-2004_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment      Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

   c. Rent payments?      Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_— NA —_

3. Are you married?      Yes ✓ No ___

Spouse's Full Name: _Nannette Marie Grant_

Spouse's Place of Employment: _MERVYN'S_

Spouse's Monthly Salary, Wages or Income:

Gross $ _1500.00_     Net $ _1300.00_

4. a. List amount you contribute to your spouse's support: $ _1500.00_

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      (JLG) (JGG)    1500.00
6      _____
7  5.  Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ ___Ø___ Amount of Mortgage: $ ___Ø___
9  6.  Do you own an automobile?    Yes ___ No ✓
10 Make ___Ø___ Year ___Ø___ Model ___Ø___
11 Is it financed? Yes ___ No ✓ If so, Total due: $ ___Ø___
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___ NA ___
15
16 Present balance(s): $ ___Ø___
17 Do you own any cash? Yes ___ No ✓ Amount: $ ___Ø___
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.  What are your monthly expenses?
22 Rent: $ ___Ø___    Utilities: ___Ø___
23 Food: $ ___Ø___    Clothing: ___Ø___
24 Charge Accounts:
25 Name of Account       Monthly Payment       Total Owed on This Acct.
26 ___Ø___          $ ___Ø___         $ ___Ø___
27 ___Ø___          $ ___Ø___         $ ___Ø___
28 ___Ø___          $ ___Ø___         $ ___Ø___    9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____$5,000 to Eden Hospital_____
4  _____in Castro Valley_____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____— NA —_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  5-21-2008                          Jesse Yeargin III
17  DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

07-6191 JF(PR)

First Amended Complaint

Case Number: 07-6191 JF(PR)

4FH 617

First AMENDED Complaint

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __JESSE Grant III__ for the last six months
[prisoner name]
__Elmwood Jail in Milpitas__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __47.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__8 3 2__.

Dated: __1/24/05__   _____signature_____
[Authorized officer of the institution]
Accountant III

-5-

```
                    SANTA CLARA COUNTY DOC
==============================================================
                       Resident Account Summary
                    Thursday, May 15, 2008  @20:37
==============================================================
For PFN: CFU617     GRANT, JESSE
--------------------------------------------------------------
   Date    Transaction Description          Amount   Balance   Owed    Held    Reference
--------------------------------------------------------------
05/12/2008 EPR         OID:100788930-ComisaryPur  -6.70    1.65    0.00    0.00
05/06/2008 WARRANT INM 3RD COURT FEE            -12.00    8.35    0.00    0.00
05/06/2008 WARRANT INM VOID-3RD COURT FEE         4.00   20.35    0.00    0.00
05/05/2008 WARRANT INM 3RD COURT FEE             -4.00   16.35    0.00    0.00
05/02/2008 DEPMO       08882394356               20.00   20.35    0.00    0.00
04/07/2008 EPR         OID:100773972-ComisaryPur -21.35    0.35    0.00    0.00
04/06/2008 DEPMO       11957162995               20.00   21.70    0.00    0.00
03/24/2008 EPR         OID:100768052-ComisaryPur -38.36    1.70    0.00    0.00
03/19/2008 DEPMO       11545865392               40.00   40.06    0.00    0.00
03/10/2008 EPR         OID:100761963-ComisaryPur -12.05    0.06    0.00    0.00
03/07/2008 WARRANT INM 2ND COURT FEE             -8.00   12.11    0.00    0.00
03/06/2008 DEPMO       11957156133               20.00   20.11    0.00    0.00
02/18/2008 EPR         OID:100752992-ComisaryPur  -9.80    0.11    0.00    0.00
02/11/2008 WARRANT INM INITIAL FILLING COURT FEE -8.66    9.91    0.00    0.00
02/11/2008 EPR         OID:100749891-ComisaryPur  -4.45   18.57    0.00    0.00
02/04/2008 EPR         OID:100746962-ComisaryPur -15.30   23.02    0.00    0.00
01/28/2008 EPR         OID:100744009-ComisaryPur -13.70   38.32    0.00    0.00
01/25/2008 DEPMO       11545859035               40.00   52.02    0.00    0.00
01/21/2008 EPR         OID:100741210-ComisaryPur  -6.55   12.02    0.00    0.00
01/14/2008 EPR         OID:100738312-ComisaryPur -15.60   18.57    0.00    0.00
01/07/2008 EPR         OID:100735435-ComisaryPur -17.22   34.17    0.00    0.00
01/05/2008 DEPMO       11547433258               25.00   51.39    0.00    0.00
12/29/2007 DEPMO       08-803656939              25.00   26.39    0.00    0.00
12/17/2007 EPR         OID:100727222-ComisaryPur  -2.75    1.39    0.00    0.00
12/10/2007 EPR         OID:100724276-ComisaryPur -15.98    4.14    0.00    0.00
12/07/2007 DEPMO       11544473136               20.00   20.12    0.00    0.00
12/03/2007 EPR         OID:100721302-ComisaryPur  -3.06    0.12    0.00    0.00
11/26/2007 EPR         OID:100718166-ComisaryPur -21.06    3.18    0.00    0.00
11/16/2007 EPR         OID:100715275-ComisaryPur  -5.80   24.24    0.00    0.00
11/15/2007 DEPMO       10859860135               30.00   30.04    0.00    0.00
11/12/2007 EPR         OID:100712131-ComisaryPur -20.10    0.04    0.00    0.00
11/10/2007 DEPMO       08-811663247              20.00   20.14    0.00    0.00
10/22/2007 EPR         OID:100703018-ComisaryPur  -5.70    0.14    0.00    0.00
10/15/2007 EPR         OID:100699887-ComisaryPur -15.62    5.84    0.00    0.00
10/10/2007 ERF         OID:100696739-ComisaryRef   3.90   21.46    0.00    0.00
10/08/2007 EPR         OID:100696739-ComisaryPur -33.19   17.56    0.00    0.00
10/06/2007 DEPMO       08724673660               20.00   50.75    0.00    0.00
10/03/2007 DEPMO       10862411275               30.00   30.75    0.00    0.00
10/01/2007 EPR         OID:100693654-ComisaryPur -12.20    0.75    0.00    0.00
09/26/2007 ERF         OID:100690554-ComisaryRef   7.78   12.95    0.00    0.00
09/24/2007 EPR         OID:100690554-ComisaryPur -21.32    5.17    0.00    0.00
09/17/2007 EPR         OID:100687462-ComisaryPur -13.65   26.49    0.00    0.00
09/16/2007 DEPMO       5753449291                40.00   40.14    0.00    0.00
09/10/2007 EPR         OID:100684330-ComisaryPur -20.10    0.14    0.00    0.00
09/07/2007 DEPMO       10864560824               20.00   20.24    0.00    0.00
08/27/2007 EPR         OID:100678432-ComisaryPur  -6.95    0.24    0.00    0.00
08/23/2007 <INP>       Payment for INP on 2007-0  -2.81    7.19    0.00    0.00
08/23/2007 DEPMO       10859853284               10.00   10.00    2.81    0.00
08/20/2007 <INP>       OID:100675484-ComisaryPur  -0.09    0.00    2.81    0.00
08/20/2007 INP         OID:100675484-ComisaryPur   2.90    0.09    2.90    0.00
08/13/2007 EPR         OID:100672481-ComisaryPur  -6.15    0.09    0.00    0.00
08/08/2007 ERF         OID:100669518-ComisaryRef   5.30    6.24    0.00    0.00
08/06/2007 EPR         OID:100669518-ComisaryPur -30.15    0.94    0.00    0.00
08/05/2007 DEPMO       10864550485               30.00   31.09    0.00    0.00
08/01/2007 ERF         OID:100666609-ComisaryRef   1.00    1.09    0.00    0.00
07/30/2007 EPR         OID:100666609-ComisaryPur -20.92    0.09    0.00    0.00
07/29/2007 DEPMO       10861173472               20.00   21.01    0.00    0.00
07/16/2007 EPR         OID:100660828-ComisaryPur -19.00    1.01    0.00    0.00
07/13/2007 ERF         OID:100659958-ComisaryRef  19.80   20.01    0.00    0.00
07/11/2007 EPR         OID:100659958-ComisaryPur -19.80    0.21    0.00    0.00
07/06/2007 DEPMO       10861164562               20.00   20.01    0.00    0.00
06/20/2007 EPR         OID:100651010-ComisaryPur  -4.90    0.01    0.00    0.00
06/13/2007 EPR         OID:100648082-ComisaryPur  -6.35    4.91    0.00    0.00
--------------------------------------------------------------
                              Page 1
```

```
                          SANTA CLARA COUNTY DOC
        ========================================================
                          Resident Account Summary
                        Thursday, May 15, 2008  @20:37
        ========================================================
For PFN: CFU617     GRANT, JESSE
------------------------------------------------------------------------------
    Date      Transaction Description         Amount    Balance    Owed    Held   Reference
------------------------------------------------------------------------------
06/05/2007  EPR         OID:100644857-ComisaryPur   -4.15    11.26    0.00    0.00
05/29/2007  EPR         OID:100641882-ComisaryPur  -14.43    15.41    0.00    0.00
05/22/2007  EPR         OID:100638512-ComisaryPur  -16.16    29.84    0.00    0.00
05/16/2007  DEPCA       INITIAL DEPOSIT - REINSTA   46.00    46.00    0.00    0.00
02/24/2007  RELCASH     RELEASE OR CLOSEOUT TRANS    0.00     0.00    0.00    0.00
02/24/2007  DCASH MJ    BOOKING CASH                 0.00     0.00    0.00    0.00
```