To whom it my Concern.

My Name is Jesse Grant, I'm know longer in Elmwood Jail. My New Address is (San Quentin state prison) San Quentin CA 94974.

I HAVE two CASES with Your office!

1. First Amended Complaint 07-6191-JF (PR)
2. CV-08-2568 JF (PR)

HERE'S photo's for the first CASE.

Thank You for Your time!

Jesse

RECEIVED
JUL 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA











JESSE Grant III G-25984 1-B-20-U
San Quentin STATE Prison,
San Quentin CA. 94974

Office of the Clerk US District
Northern District of California
450 Golden Gate Ave
San Francisco, California 94102