**County of Santa Clara**
Department of Correction
Julie Chou Fiscal Manager
Financial Services

180 W. Hedding Street
San Jose, California 95110-1772
(408) 808-3624   FAX: 288-8144



Edward C. Flores
Chief of Correction

August 13, 2008

Prisoner Accounts Receivable
U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

Subject: Jesse Grant
Case No: C 07-6191 JF (PR)

We would like to inform you that the above inmate is no longer with the Department of Correction. And, none of the remaining filling fee was withheld from his account.

If you have any questions, please feel free to call me at 408-808-3602. Thank you.

Sincerely,

Criselda Nocon

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras, Jr.

**Filed**

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT III,

    Plaintiff,

v.

SERGEANT MAHARAJ, et al.,

    Defendants.

No. C 07-6191 JF (PR)

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

(Docket No. 3)

    Plaintiff's motion to proceed in forma pauperis (docket no. 3) is GRANTED. The total filing fee that ultimately will be due is $350.00. The initial partial filing fee due at this time is $8.66. This initial fee shall be paid within **thirty days** of the date this order is filed. Funds for the filing fee will be taken from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this Order and the attached instructions will be sent to Plaintiff, the prison's trust account office, and the Court's financial office.

    IT IS SO ORDERED.

DATED: 1-15-08

JEREMY FOGEL
United States District Judge

Order Granting Leave to Proceed in Forma Pauperis
P:\PRO-SE\SJ.JF\CR.07\Grant191ifp.wpd



County of Santa Clara
Department of Correction
180 West Hedding Street
San Jose, CA 95110-1772

Prisoner Accounts Receivable
U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102



PRESORTED FIRST CLASS

U.S POSTAGE 00.36 H METER 5883571