NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE GRANT III,<br><br>Plaintiff,<br><br>vs.<br><br>W. CHEA, et al.,<br><br>Defendants. | ) | No. C 07-06191 JF (PR)<br><br>ORDER DENYING REQUEST FOR ENTRY OF DEFAULT JUDGMENT<br><br>(Docket No. 29) |

Plaintiff filed a motion for entry of default judgment against Defendant Chea for failure to respond. (Docket No. 29.) On September 2, 2009, the Court granted Defendant Chea's request via counsel for a new briefing schedule, good cause appearing. (See Docket No. 28.) Accordingly, Plaintiff's request for entry of default judgment is DENIED.

This order terminates Docket No. 29.

IT IS SO ORDERED.

DATED: 9/15/09

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE GRANT III,

Plaintiff,

v.

W. CHEA, et al.,

Defendants.
_______________________________/

Case Number: CV07-06191 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/25/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Grant G-25984
Pelican Bay State Prison
P.O. Box 7500
B-8-121
Crescent City, CA 95532

Dated: 9/25/09

Richard W. Wieking, Clerk